UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 15-10338-FDS |
| ) | |
| 6.   HERZZON SANDOVAL, ) | |
|      a/k/a "Casper," ) | |
|      Defendant ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
FOR RELEASE FROM PRE-TRIAL DETENTION

On February 26, 2016, after an evidential hearing, United States Magistrate Judge Jennifer C. Boal detained Herzzon Sandoval, a/k/a "Casper," the leader of MS-13's Eastside Loco Salvatrucha (ESLS) clique, and Edwin Guzman, a/k/a "Playa," the second-in-command of ESLS (Docket No. 260). On May 13, 2016, Guzman appealed his detention order and requested that he be released on conditions pending trial (Docket No. 470). On June 24, 2016, the government opposed Guzman's motion for release (Docket No. 528) (hereinafter the "June 24th Filing").[1]

On July 29, 2016, after a hearing, the Court denied Guzman's motion (Docket No. 587). Sandoval has now filed a nearly-identical motion for release (Docket No. 776). For the

---

[1]   The government filed several exhibits with its opposition, including Exhibit 1(detention affidavit), 2 (transcript of Joel Martinez, a/k/a "Animal," describing murder of Irvin De Paz on Trenton Street in East Boston), and 4 (video clips of Martinez beat-in by ESLS and of ESLS disciplining Mauricio Sanchez, a/k/a "Tigre," for violating clique rules). The government will provide the exhibits for the June 24th Filing to Sandoval.

reasons stated in the government's June 24th Filing, incorporated by reference, the Court should deny Sandoval's motion as well.

As was discussed in detail at the Sandoval-Guzman detention hearing, agents succeeded in introducing a cooperating witness (CW-1) into the ESLS clique, one of the largest MS-13 cliques in Massachusetts. CW-1 identified Sandoval as the "first word" or leader of ESLS. CW-1 attended numerous ESLS clique meetings led by Sandoval at a garage in Everett, Massachusetts. CW-1 recorded several clique meetings, including one where Sandoval and the clique made Joel Martinez, a/k/a "Animal," a "homeboy" or full member of ESLS because he murdered a gang rival,[2] and another

---

[2] As was noted in the June 24th Filing, on September 20, 2105, Joel Martinez, a/k/a "Animal," murdered Irvin De Paz, an 18th Street gang member, on Trenton Street in East Boston. After the murder, CW-1 recorded a conversation with Martinez where he boasted he had killed a "big rival gang member" and told CW-1, "I stabbed the asshole three times, and it was a beautiful thing! Just beautiful!" Exhibit 2 (draft transcript of Martinez recording). On January 8, 2016, Sandoval led an ESLS clique meeting where Martinez was made a "homeboy" or full member of MS-13 and ESLS because he murdered De Paz. Sandoval advised the clique that everyone was looking for Martinez and that they needed to find him a place to live somewhere outside of MS-13 territory. The clique agreed that Martinez could be jumped in as a "homeboy" but advised Martinez that he still needed to continue putting in work (i.e., kill 18th Street members). Sandoval told Martinez that when people ask him he should say that he is "Animal" from Eastside and that he was the one who did the murder. Toward the end of the clique meeting, ESLS members gathered in a circle around Martinez, knocked him to the ground, and beat him for thirteen seconds. Guzman put his arm around Martinez and said, "Welcome to La Mara," as other members cheered. See generally Exhibit 1, ¶¶ 29-32 and Exhibit 4.

2

where Mauricio Sanchez, a/k/a "Tigre," an ESLS member, was beaten for violating gang rules.[3] CW-1 also described MS-13 meetings where Sandoval discussed the need to maintain "clique" firearms at the Everett garage where ESLS met, so that any ESLS member would have access to it, and the need for ESLS member Erick Argueta Larios, a/k/a "Lobo," to replace a clique firearm that had been seized by the police.[4]

In addition to supervising and approving of the beat in of Martinez for the murder of De Paz on Trenton Street, two members of Sandoval's clique – Sanchez and Jose Hernandez-Miguel, a/k/a "Muerto" – have pleaded guilty or are scheduled to plead guilty to racketeering conspiracy. Both Sanchez and Hernandez-Miguel participated in attempted murders of gang rivals. See Exhibit 1, ¶ 19 (listing Sanchez and Hernandez-Miguel as ESLS members); Fourth Superseding Indictment at pp. 31-32 (identifying

---

[3] On October 25, 2015, Sandoval led an ESLS clique meeting where Mauricio Sanchez, a/k/a "Tigre," was disciplined because clique members could not get in touch with him and he did not answer his phone when ESLS members tried to contact him. Tr. at 33. At the conclusion of the meeting, members went outside the garage where the clique meetings were held and beat Sanchez. Tr. at 33-34. The recording takes place at night and is dark, but the audio recording captured the sound of Sanchez being beaten while someone counted to thirteen. See Exhibit 4.

[4] In actuality, CW-1 had tipped off agents that Eric Argueta Larios, a/k/a "Lobo," was armed with a handgun. Acting on CW-1's information, agents located Larios coming out of a Chelsea bar, frisked him, and seized the loaded handgun.

3

attempted murders committed by Sanchez and Hernandez-Miguel at subparagraphs (o) and (r)). As a member of MS-13 (an organization whose mission is defined by violence), and as the leader of the ESLS clique, the actions of clique members Sanchez and Hernandez-Miguel were attributable to, and reasonably foreseeable by, Sandoval.[5]

For all of these reasons, Judge Boal was surely correct when she concluded that "[t]he dangerous nature and circumstance of the alleged crime and the defendant's gang involvement weigh heavily in favor of detention." Id. The government respectfully requests that this Court affirm Judge Boal's order and detain

---

[5] In his motion, Sandoval suggests that he should be released on conditions because "[i]n the months prior to his arrest," he "had expressed dissatisfaction with the hierarchy of MS-13. This dissatisfaction allegedly caused the defendant to propose that the clique no longer participate in the larger MS-13 gang." Defendant's Motion at 5. This is misleading. During the FBI's investigation, CW-1 received information that MS-13 leaders in El Salvador had established a detailed series of rules for cliques along the east coast of the United States (referred to as the "East Coast Program"). Under the East Coast Program, cliques were required to send funds to MS-13 leaders in El Salvador. In part, this was to help provide for MS-13 members who were deported from the United States back to El Salvador. It is correct that, during the FBI's investigation, Sandoval eventually began to question the utility of participating in the East Coast Program, but only because, unlike many other MS-13 members, Sandoval was lawfully present in the United States (and thus had less need to plan for possible removal). Sandoval's reluctance to participate in the East Coast Program caused him to be "green lighted" by MS-13 leaders. See Exhibit 1, ¶ 15. These facts support his continued detention, not Sandoval's request for release.

Sandoval pending trial.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                     By:  /s/ Christopher Pohl
                              Christopher Pohl
                              Peter K. Levitt
                              Glenn A. MacKinlay
                              Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 22, 2016.

                              /s/ Christopher Pohl
                              Christopher Pohl
                              Assistant U.S. Attorney