UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

RECINES-GARCIA, ET. AL.

Criminal Action No.: 15-10338-FDS-6

**DEFENDANT HERRZZON SANDOVAL'S PROPOSED VOIR DIRE**

Defendant Herzzon Sandoval respectfully requests that the Court ask members of the venire, in addition to those questions proposed by co-defendant Eric Argueta Larios (*see* Doc. No. 1733), the following questions:

Have you read or heard about any statement by any member of the Executive Branch of the government of the United States—including, in particular, the Federal Bureau of Investigation, the US Attorney for the District of Massachusetts, Attorney General Jefferson B. Sessions, or President Donald J. Trump—about MS-13?

If your answer is Yes, what do you recall reading or hearing?

Dated: January 8, 2018

Respectfully submitted,

*/s/ Madeleine K. Rodriguez*
Martin F. Murphy, BBO #363250
Madeleine K. Rodriguez, BBO #684394
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
mmurphy@foleyhooag.com
mrodriguez@foleyhoag.com

*Attorneys for Herzzon Sandoval*

-2-

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 8, 2018.

                                                             */s/ Madeleine K. Rodriguez*
                                                             Madeleine K. Rodriguez