UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10338-FDS |
| | ) | |
| 6.   HERZZON SANDOVAL<br>a/k/a "CASPER," | ) ) | |
| | ) | |
| 7.   EDWIN GUZMAN<br>a/k/a "PLAYA," | ) ) | |
| | ) | |
| 11.  CESAR MARTINEZ<br>a/k/a "CHECHE," | ) ) | |
| | ) | |
| 14.  ERICK ARGUETA LARIOS<br>a/k/a "LOBO," | ) ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S SUPPLEMENTAL REQUEST FOR JURY
INSTRUCTION REGARDING CO-CONSPIRATOR STATEMENTS**

Subject to the Court's final *Petrozziello* ruling at the close of evidence, the United States respectfully requests that the Court include the attached instruction regarding co-conspirator statements in its charge to the jury.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
CHRISTOPHER POHL
Assistant United States Attorneys

## CO-CONSPIRATOR STATEMENTS

Under the law, the acts and declarations of each conspirator, if they fall within the scope of the conspiracy and serve to further its objects or purposes, may be considered as evidence against all other co-conspirators, even if such acts and declarations are made in the absence of or without the knowledge of the other co-conspirators.

When persons conspire together, they are considered partners or agents of one another, and accordingly, each is responsible for the conduct and the words of the others in furthering the common plan, including words spoken and deeds done by others prior to a person's joining the conspiracy. Therefore, you may consider as evidence against the defendants any acts done or statements made by any members of the conspiracy, during the existence of and to further the objectives of the conspiracy. You may consider these acts and statements even if they were done and made in the defendants' absence and without their knowledge. As with all the evidence presented in this case, it is for you to decide whether you believe this evidence and how much weight to give it.

Adapted from *United States v. Veloz*, Crim. No. 12-10264-RGS (final jury instruction given on Aug. 21, 2017), and Kevin F. O'Malley, Jay E. Grenig, & Hon. William C. Lee, 2 *Federal Jury Practice and Instructions* (5th ed. 2000) §31.06.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on February 19, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      By:    */s/ Kelly Begg Lawrence*
                                                    KELLY BEGG LAWRENCE
                                                    Assistant United States Attorney