For the First Element of Count Two, on page 35-36, the following statement reads:

"The defendants and their co-conspirators are alleged to have conspired to conduct and participate in the conduct of the affairs of the MS-13 criminal enterprise through a pattern of racketeering activity that included murder, attempted murder, and illegal drug trafficking."

Further, it also states that:

"If you find beyond a reasonable doubt that a conspiracy of some kind existed between the defendant and some other person, that in and of itself is not sufficient to find the defendant guilty. Again, the government is required to prove, beyond a reasonable doubt, the existence of the conspiracy specified in the indictment."

As per the terms of this indictment, in order to establish ~~whether~~ the First Element, do we need to be able to find evidence beyond a reasonable doubt

of all elements of racketeering specified in the indictment, or only one or more pieces? To be more specific, would we need to be able to establish that MS+B, as an enterprise, engaged in murder, attempted murder, and illegal drug activity, or just one or more of those actions?

2/22/18  11:48am

EXHIBIT
2/22/18
J
15-cr-10338