1  UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
2

3

UNITED STATES OF AMERICA          )
4                                 )
   vs.                            )  Criminal Action
5                                 )
   HERZZON SANDOVAL,              )  No. 15-10338-FDS
6  EDWIN GUZMAN,                  )
   CESAR MARTINEZ,                )
7  ERICK ARGUETA LARIOS,          )
                    Defendants    )
8

9

   BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
10

11

                    JURY TRIAL DAY 16
12

13

        John Joseph Moakley United States Courthouse
14                     Courtroom No. 2
                     1 Courthouse Way
15                   Boston, MA 02210

16                   February 21, 2018

17

18

19

20

21

22

23                   Valerie A. O'Hara
                  Official Court Reporter
24   John Joseph Moakley United States Courthouse
                 1 Courthouse Way, Room 3204
25                   Boston, MA 02210
              E-mail: vaohara@gmail.com

APPEARANCES:

For The United States:

    United States Attorney's Office, by CHRISTOPHER J. POHL, ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE, ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02110;

For the Defendant Herzzon Sandoval:

    Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and MADELEINE K. RODRIGUEZ, ATTORNEY, 155 Seaport Boulevard, Boston, Massachusetts 02210;

For the Defendant Edwin Guzman:

    Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ., 88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

For the Defendant Erick Arueta Larios:

    THOMAS J. IOVIENO, ESQ., 345 Neponset Street Canton, MA 02021;

For the Defendant Cesar Martinez:

    Stanley W. Norkunas, 11 Kearney Square, Howe Building, Suite 202, Lowell, Massachusetts 01852.

    ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5, Stoneham, Massachusetts 02180.

ALSO PRESENT:  Gabriel Haddad, Spanish Interpreter
                  Carrie Lilley, Spanish Interpreter

<u>PROCEEDINGS</u>

1     THE CLERK:  All rise for the jury.

2     (JURORS ENTERED THE COURTROOM.)

3     THE CLERK:  Thank you.  Good morning, ladies and
gentlemen.  It looks like we have all twelve of you and three
alternates, so I will instruct you to resume your
deliberations.  If I haven't I heard from you otherwise, I'm
going to check in probably at about ten minutes to four, maybe
like quarter to four, anyway, no later than that.

      I also wanted to -- I hope I don't need to clarify
this, but I will anyway.  Yesterday when I said that we need to
keep the alternates around because sometimes things happen to
jurors, what I mean is things like they get the flu, not more
serious than that.  With that, I instruct you to retire and
resume your deliberations.

     THE CLERK:  All rise.

     (JURORS EXITED THE COURTROOM.)

     (Jury deliberating)

     THE CLERK:  All rise for the jury.

     (JURORS ENTERED THE COURTROOM.)

     THE COURT:  Ladies and gentlemen, it's again time
where I have to leave for the day.  It's about a few minutes
before four.  I'm inferring you want to come back tomorrow; is
that correct?  All right.  Nine o'clock.  All right, nine
o'clock it is.  We will assemble in the courtroom at nine

1    o'clock, make sure you're all here, and then I'll instruct you

2    to resume your deliberations.  Please take special care not to

3    discuss the case with anyone outside the courtroom and to

4    ignore any media reports of any kind, and I will see you

5    tomorrow morning at 9:00.

6                THE CLERK:  All rise.

7                (JURORS EXITED THE COURTROOM.)

8                (Whereupon, the hearing was adjourned at 12:59 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 C E R T I F I C A T E

2

3   UNITED STATES DISTRICT COURT )

4   DISTRICT OF MASSACHUSETTS ) ss.

5   CITY OF BOSTON )

6

7           I do hereby certify that the foregoing transcript was

8   recorded by me stenographically at the time and place aforesaid

9   in Criminal Action No. 15-10338-FDS, UNITED STATES vs.

10  HERZZON SANDOVAL, et al., and thereafter by me reduced to

11  typewriting and is a true and accurate record of the

12  proceedings.

13          Dated this 22nd day of June, 2018.

14                  s/s Valerie A. O'Hara

15          _____

16                  VALERIE A. O'HARA

17                  OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25