# United States Court of Appeals
## For the First Circuit

No. 18-1993

UNITED STATES OF AMERICA,

Appellee,

v.

HERZZON SANDOVAL, a/k/a Casper,

Defendant, Appellant.

**JUDGMENT**

Entered: June 8, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Herzzon Sandoval's conviction and sentence are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Christopher John Pohl, Mark T. Quinlivan, Kelly Begg Lawrence, Donald Campbell Lockhart, Glenn A. MacKinlay, Kunal Pasricha, Martin F. Murphy, Madeleine Kristine Rodriguez, Christian Alexander Garcia, Herzzon Sandoval